THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Joe Nathan
 Miller, Appellant.
 
 
 

Appeal From Sumter County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2009-UP-410
 Submitted September 1, 2009  Filed
September 2, 2009   

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and  Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Joe
 Nathan Miller appeals his involuntary manslaughter conviction and three-year
 sentence, arguing the trial court erred in allowing a police officer to give
 opinion testimony about blood splatter.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved. [1]
APPEAL
 DISMISSED.  
HUFF,
 THOMAS, and PIEPER, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.